IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TODD POLVER,

    Plaintiff,

v.          CASE NO. 4:12cv208-RH/CAS

GEORGIA-PACIFIC WOOD
PRODUCTS LLC,

    Defendant.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices ECF Nos. 13 and 14, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of July 13, 2012, ECF No. 12,

IT IS ORDERED:

The Scheduling and Mediation Order of July 13, 2012, ECF No. 12, remains in effect.

SO ORDERED on August 14, 2012.

          s/Robert L. Hinkle
          United States District Judge